ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK STATE MARINE HIGHWAY
TRANSPORTATION, LLC,

                Plaintiff,

    - against -

INTERCOUNTY PAVING ASSOCIATES, LLC,

                Defendant.

24 Civ. 3743 (LLS)

OPINION & ORDER

    Upon due consideration and examination of the arbitral awards, and finding no valid grounds under the law to vacate, modify, or decline to confirm them, the First Partial Final Award, Second Partial Final Award, and Final Award are confirmed as valid and enforceable final arbitration awards pursuant to 9 U.S.C. § 9.

    So ordered.

Dated:    New York, New York
           March 10, 2025

                                          *Louis L. Stanton*
                                        LOUIS L. STANTON
                                            U.S.D.J.