**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NEW YORK STATE MARINE HIGHWAY
TRANSPORTATION, LLC,

                      Plaintiff,                      24 **CIVIL** 3743 (LLS)

      -against-                      **JUDGMENT**

INTERCOUNTY PAVING ASSOCIATES, LLC,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 10, 2025, upon due consideration and examination of the arbitral awards, and finding no valid grounds under the law to vacate, modify, or decline to confirm them, the First Partial Final Award, Second Partial Final Award, and Final Award are confirmed as valid and enforceable final arbitration awards pursuant to 9 U.S.C. § 9.

**Dated**: New York, New York
           March 11, 2025

                                                      **TAMMI M. HELLWIG**
                                                      _____
                                                         **Clerk of Court**

                              **BY:**           *K. Mango*

                                                         _____
                                                           **Deputy Clerk**