ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK STATE MARINE HIGHWAY
TRANSPORTATION, LLC,

                Petitioner/Cross-Respondent,

-against-

INTERCOUNTY PAVING ASSOCIATES, LLC,

                Respondent/Cross-Petitioner.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/25

24 Civ. 3743-LLS

~~PROPOSED~~ JUDGMENT    LLS

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated March 10, 2025, upon due consideration and examination of the arbitral awards, and finding no valid grounds under the law to vacate, modify, or decline to confirm them, the First Partial Final Award, Second Partial Final Award, and Final Award are confirmed as valid and enforceable final arbitration awards pursuant to 9 U.S.C. § 9.

In accordance with the Awards confirmed herein, Petitioner/Cross-Respondent's claims are dismissed with prejudice, and Respondent/Cross-Petitioner is entitled to judgment against Petitioner/Cross-Respondent in the amount of $165,245.04 plus interest at the rate of 8.5% per annum running from August 19, 2024 to March 12, 2025, totaling $7,888.75 in interest, for a total judgment of $173,133.79, with statutory post-judgment interest under 28 U.S.C. § 1961 to accrue from the date of judgment.

Dated: New York, New York,
        March 12, 2025

                                                    *Louis L. Stanton*
                                          United States District Judge

624037.1